UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 23-158 SRN/TNL

United States of America,

           Plaintiff,

v.                                   **ORDER FOR APPOINTMENT OF COUNSEL**

Traigh Sean Tillman,

           Defendant.

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

IT IS HEREBY ORDERED that Thomas Shiah, Attorney ID 100365, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated: May 4, 2023

Honorable Jon T. Huseby
United States Magistrate Judge