AO 442 (Rev. 11/11) Arrest Warrant

F#11547139

**RECEIVED**
**MAY 11 2023**
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# UNITED STATES DISTRICT COURT
for the
District of Minnesota



United States of America
v.
Traigh Sean Tillman

)
)
)
)
)
)

Case No. CR 23-158 JWB/ECW

_____
Defendant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Traigh Sean Tillman,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:

Count 1 - Felon in Possession of Ammunition, 18:922(g)(1) and 924(a)(8)

Date: 04/26/2023

_____
*Issuing officer's signature*

M. Fogarty

City and state:  Minneapolis, Minnesota

Kate M. Fogarty, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
ARRESTED ON 5/3/2023
ARRESTED BY FBI-WHCAP
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

_____
*Arresting officer's signature*

**SCANNED**
*Printed name and title*
MAY 11 2023
U.S. DISTRICT COURT ST. PAUL