UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 23-cr-158 (SRN/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Traigh Sean Tillman, | |
| Defendant. | |

This matter comes before the Court on Defendant Traigh Sean Tillman's Motion to Extend the Pre-Trial Motions Schedule, ECF No. 28. Defendant has also filed a Statement of Facts in Support of Exclusion of Time Under Speedy Trial Act, ECF No. 29.

Defendant states that the parties are still in the discovery process. Defendant has been advised by the Government "that additional discovery will be forthcoming and anticipates it will be produced by Monday[,] May 22, 2023." ECF No. 28 at 1. Defendant further states that additional time is needed to review discovery with his attorney, "including [body-worn-camera] footage that has not yet been received." ECF No. 28 at 1. Defendant requests an extension of at least 30 days to file motions. The Government has no objection to the requested extension.

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to provide Defendant and his counsel reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

1

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Extend the Pre-Trial Motions Schedule, ECF No. 28, is **GRANTED**.

2. The period of time from **the date of this Order through June 29, 2023,** shall be excluded from Speedy Trial Act computations in this case.

3. All motions in the above-entitled case must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **June 29, 2023**. *See* D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses must be delivered directly to the chambers of Magistrate Judge Tony N. Leung.

4. **Counsel must electronically file a letter on or before June 29, 2023, if no motions will be filed and there is no need for hearing**.

5. All responses to motions must be filed by **July 13, 2023**. *See* D. Minn. LR 12.1(c)(2).

6. Any Notice of Intent to Call Witnesses must be filed by **July 13, 2023**. *See* D. Minn. LR. 12.1(c)(3)(A).

7. Any Responsive Notice of Intent to Call Witnesses must be filed by **July 18, 2023**. *See* D. Minn. LR 12.1(c)(3)(B).

8. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a. The Government makes timely disclosures and a defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

    b.    Oral argument is requested by either party in its motion, objection or response pleadings.

9.    If required, the motions hearing must be heard before Magistrate Judge Tony N. Leung on **July 24, 2023, at 10:00 a.m.**, in Courtroom 9W, Diana E. Murphy United States Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota.  *See* D. Minn. LR 12.1(d).

10.    **TRIAL:**

    a.    **IF NO PRETRIAL MOTIONS ARE FILED BY DEFENDANT, the following trial and trial-related dates are:**

All voir dire questions and jury instructions and trial related motions (including motions in limine) must be submitted to District Judge Susan Richard Nelson on or before **August 7, 2023.**

This case must commence trial on **August 14, 2023, at 9:30 a.m.,** before District Judge Nelson in Courtroom 7B, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, **SAINT PAUL**, Minnesota.

    b.    **IF PRETRIAL MOTIONS ARE FILED, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions.  Counsel must contact the Courtroom Deputy for District Judge Nelson to confirm the new trial date.**

Dated: May __23__, 2023

        *s/ Tony N. Leung*
TONY N. LEUNG
United States Magistrate Judge
District of Minnesota

*United States v. Tillman*
Case No. 23-cr-158 (SRN/TNL)