## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 23-CR-158 (SRN/TNL) |
| Plaintiff, | |
| v. | **TRIAL NOTICE AND FINAL PRETRIAL ORDER** |
| **TRAIGH SEAN TILLMAN**, | |
| Defendant. | |

Esther Mignanelli, United States Attorney's Office, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, counsel for the Government.

Thomas Shiah, Law Offices of Thomas H. Shiah, Ltd., 331 Second Avenue South, Suite 705, Minneapolis, MN 55401, counsel for Defendant.

This case is now scheduled for a jury trial before Judge Susan Richard Nelson on **Monday, February 26, 2024,** at **9:00 a.m.** in Courtroom 7B, Warren E. Burger Federal Building and United States Courthouse, 316 North Robert Street, St. Paul, Minnesota.

A Pretrial Conference in this case will be held **on Wednesday, February 7, 2024, at 3:00 p.m.** in Courtroom 7B, Warren E. Burger Federal Building and United States Courthouse, 316 North Robert Street, St. Paul, Minnesota. The Court requires the attendance of all counsel and Defendants at this conference. All participants should be prepared to discuss any issues related to the trial of the case. Counsel will also receive information on the procedures for voir dire.

1. Counsel must adhere to the following schedule regarding the submission of trial documents:

    a. All trial documents, including trial briefs, motions in limine, voir dire and proposed jury instructions shall be filed and served pursuant to the Criminal Electronic Case Filing Procedures for the District of Minnesota and submitted to Judge Nelson's chambers no later than **12:00 p.m. on Wednesday, January 17, 2024**.

        i. The parties are required to jointly submit one set of agreed-upon instructions on the date noted above, except for those for which a need could not have been foreseen. To this end, the parties are required to serve their proposed instructions upon each other prior to the filing deadline. The parties should then meet, confer, and submit one set of agreed-upon instructions. The instructions should be submitted in hard copy as well as emailed to the chambers email box (nelson_chambers@mnd.uscourts.gov) in a word-processing format. Each instruction shall be on a separate page and shall contain citation of legal authority.

        ii. By the date listed above, the parties are to jointly submit a summary of the indictment, which can be read to the jury.

        iii. Responses to motions in limine are to be filed on CM/ECF and emailed to chambers no later than **12:00 p.m. on Wednesday, January 24, 2024**.

    b. **By 12:00 p.m. on Wednesday, January 24, 2024,** proposed exhibit and witness lists, as well as a proposed verdict form, shall be provided in a word-processing format to the chambers e-mail box (nelson_chambers@mnd.uscourts.gov).

        i. Prior to trial, all counsel must mark exhibits for identification in the order in which they will be offered at trial. <u>Please put the case number on each exhibit.</u> The government shall mark its first exhibit Government Exhibit #1. Defendant's first exhibit shall be marked Defendant's Exhibit #1. Do not mark exhibits "1a, 1b, 1c", etc. Each exhibit should have a specific number.

        ii. The witness list should contain the names and city and state of residence (or place of employment, if relevant) of the prospective witnesses. This list is separate from the exhibit list.

    c. **By 12:00 p.m. on Wednesday, January 24, 2024,** please provide two courtesy paper copies of all trial exhibits, three-hole punched and unstapled (and, if warranted, appropriately tabbed and within binders).

2. Please advise the Court's courtroom deputy immediately at 651-848-1970 if the case will not be going to trial.

Dated: <u>Monday, November 6, 2023</u>

                                                              <u>*s/ Susan Richard Nelson*</u>
                                                              Susan Richard Nelson
                                                              United States District Judge