# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## IN-PERSON CRIMINAL JURY TRIAL

| | | |
|---|---|---|
| **United States of America**, | ) | **COURT MINUTES** |
| | ) | BEFORE:   The Hon. Susan Richard Nelson |
| Plaintiff, | ) | United States District Judge |
| | ) | |
| v. | ) | Case No:   23-CR-158 (SRN/TNL) |
| | ) | Date:   Tuesday, February 27, 2024 |
| **Traigh Sean Tillman**, | ) | Courthouse:   Saint Paul |
| | ) | Courtroom:   7B |
| Defendant. | ) | Deputy:   Lynn L. Magee |
| | ) | Court Reporter:   Carla Bebault |
| | ) | Time Commenced: 9:00 a.m.–11:40 a.m. (2 Hours/40 Minutes) |
| | ) | Time Concluded:   2:10 p.m. – 2:30 p.m. (20 Minutes) |
| | ) | Time in Court:   3 Hours |

**APPEARANCES:**

Plaintiff:   Thomas Calhoun-Lopez / David Classen, U.S. Attorney's Office
Defendant:   Thomas Shiah, CJA

**PROCEEDINGS:**

Witness Testimony Continues (Chad Edlund, Special Agent, FBI) (9:00 a.m. – 9:10 a.m.)
Cross-Examination of Witness (9:10 a.m. – 9:12 a.m.)
Witness Testimony (Dr. Sahini Pothireddy, HCMC) (9:12 a.m. – 9:18 a.m.)
Cross-Examination of Witness (9:18 a.m. – 9:19 a.m.)
Witness Testimony (Bryan Lervoog, Special Agent, ATF) (9:20 a.m. – 9:27 a.m.)
Cross-Examination of Witness (9:27 a.m. – 9:29 a.m.)
Witness Testimony (Matthew Parker, Special Agent, FBI) (9:33 a.m. – 9:49 a.m.)
Cross-Examination of Witness (9:49 a.m. – 9:54 a.m.)
United States Rests (9:54 a.m.)
Jurors Dismissed (10:00 a.m. – 10:35 a.m.)
Defense Rests (10:35 a.m.)
Closing Argument (10:35 a.m. – 11:15 a.m.)
Jury Instructions (11:15 a.m. – 11:40 a.m.)
Jury Deliberations (11:50 a.m. – 2:10 p.m.)
Verdict Received (2:20 p.m.)
Guilty as to Count One (1) of the Indictment
Jury Trial Concluded (2:30 p.m.)

Exhibits 32 and 37were admitted into evidence.

**IT IS ORDERED:**

Clerk to file Verdict.

Presentence Investigation Report requested. Maribel Andrade-Vera was in attendance to coordinate.

Sentencing will be scheduled at a future date in front of The Hon. Susan Richard Nelson.

Defendant remanded to the custody of the United States Marshal.

Date:   <u>Tuesday, February 27, 2024</u>                                        <u>s/Lynn L. Magee</u>
                                                                                                        Courtroom Deputy to
                                                                                                        The Hon. Susan Richard Nelson